Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Oregon**

Case number (if known) _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual
12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**    Check one:
   - ☑ Chapter 7
   - ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**    Sortis Holdings, Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**    ☑ Unknown
   
   EIN: _____

5. **Debtor's address**

   Principal place of business:
   9 SE 3rd Avenue #100
   Number    Street
   
   Portland OR 97214-0000
   City    State    Zip Code
   
   Multnomah
   County

   Mailing address, if different:
   Number    Street
   P.O. Box
   City    State    Zip Code

   Location of principal assets, if different from principal place of business:
   Number    Street
   City    State    Zip Code

6. **Debtor's website (URL)**    www.sortis.com

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**    Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Sortis Holdings, Inc.**                                          Case number *(if known)*

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the types of business listed.
☐ Unknown type of business.

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____  Relationship _____
District _____  Date filed ___/___/_____  Case number, if known _____

Debtor _____  Relationship _____
District _____  Date filed ___/___/_____  Case number, if known _____

## Part 3: Report About the Case

**10.** **Venue**  *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11.** **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.
☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12.** **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13.** **Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **GEC Fellow Barber Fund I LP** | Secured Promissory Note dated July 22, 2022 | $7,468,157.41 |
| **Scott Kasen** | Secured Promissory Note dated July 22, 2022 | $719,375.54 |
| **Gary Furst** | Secured Promissory Note dated July 22, 2022 | $94,270.33 |
| **George Kassapakis** | Merger Agreement dated July 22, 2022 | $40,000.00 |
| | Total of petitioners' claims | $8,321,180.28 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

Debtor  **Sortis Holdings, Inc.**_____    Case number *(if known)* _____

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|
| **Name and mailing address of petitioner**<br>**GEC Fellow Barber Fund I LP**<br>Name<br><br>Number   Street<br><br>City         State      Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br>**Jake Furst, partner**<br>Name<br><br>Number   Street<br><br>City         State      Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  **11/12/2024**<br>          MM / DD / YYYY<br><br>/s/ Jake Furst<br>Signature of petitioner or representative, including representative's title | **Riemer & Braunstein LLP**, c/o Alan Braunstein<br>Printed name<br><br>**Riemer & Braunstein LLP**<br>Firm name, if any<br>**100 Cambridge Street**<br>**22nd Floor**<br>Number   Street<br>**Boston MA 02114**<br>City         State      Zip Code<br>Contact phone **(617) 880-3516**   Email  **abraunstein@riemerlaw.com**<br><br>Bar number  **546042**<br><br>State  **MA**<br><br><br>/s/ Alan Braunstein<br>Signature of attorney<br>Date signed  **11/12/2024**<br>          MM / DD / YYYY |
| **Name and mailing address of petitioner**<br>**Scott Kasen**<br>Name<br><br>**15 Central Park South**<br>**Unit 14-0**<br>Number   Street<br>**New York NY 10019**<br>City         State      Zip Code<br><br>**Name and mailing address of petitioner's representative, if any**<br><br>Name<br><br>Number   Street<br><br>City         State      Zip Code<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br>Executed on  **11/12/2024**<br>          MM / DD / YYYY<br><br>/s/ Scott Kasen | Printed name<br><br>Firm name, if any<br><br>Number   Street<br><br>City         State      Zip Code<br>Contact phone _____ Email _____<br>Bar number _____<br>State _____<br><br><br>Signature of attorney<br>Date signed _____<br>          MM / DD / YYYY |

| Debtor | **Sortis Holdings, Inc.** | Case number *(if known)* |
|---|---|---|

Signature of petitioner or representative, including representative's title

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**Gary Furst**
Name

**141 Dorchester Ave**
Number    Street
**Boston MA 02127-0000**
City        State        Zip Code

**Name and mailing address of petitioner's representative, if any**
Name

Number    Street
City        State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/12/2024**
              MM / DD / YYYY

**/s/ Gary Furst**
Signature of petitioner or representative, including representative's title

## Attorneys

Printed name

Firm name, if any

Number    Street

City                    State        Zip Code
Contact phone _____    Email _____

Bar number _____

State _____

Signature of attorney
Date signed _____
              MM / DD / YYYY

---

## Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
**George Kassapakis**
Name

**3405 NE Cadet Ave**
Number    Street
**Portland OR 97220**
City        State        Zip Code

**Name and mailing address of petitioner's representative, if any**
Name

Number    Street
City        State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on  **11/12/2024**
              MM / DD / YYYY

**/s/ George Kassapakis**
Signature of petitioner or representative, including representative's title

## Attorneys

Printed name

Firm name, if any

Number    Street

City                    State        Zip Code
Contact phone _____    Email _____

Bar number _____

State _____

Signature of attorney
Date signed _____
              MM / DD / YYYY