# United States Bankruptcy Court
## District of Oregon

In re: **Sortis Holdings, Inc.**
Debtor(s)

Case No. **24-33149-7**
Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **GEC Fellow Barber Fund I LP** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

11/13/2024
Date

/s/ Douglas R. Pahl
**Douglas R. Pahl**
Signature of Attorney or Litigant
Counsel for **GEC Fellow Barber Fund I LP**
**Perkins Coie LLP**
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
503-727-2000 Fax:503-727-2222