UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

SORTIS HOLDINGS, INC.,

Debtor.

Chapter 7

Case No. 24-33149 (THP)

## DECLARATION OF ELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

I, Alan L. Braunstein, of Riemer & Braunstein LLP co-counsel to petitioning creditors and counsel to GEC Fellow Barber Fund I LP, hereby declare under penalty of perjury that all of the information contained in my:

| | |
|---|---|
| __X__ | Involuntary Petition |
| ___ | Chapter 13 Plans |
| ___ | Amended Plan |
| ___ | Amended Schedules |
| ___ | Application to Employ |
| ___ | Affidavit |
| ___ | Corporate Vote |
| ___ | Verified Complaint (Adversary) |

filed electronically, is true and correct. I understand that this DECLARATION is to be filed with Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Oregon Electronic Filing Local Rule 9011-4 Electronic Filing Local Rule paper documents containing original signature executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case:

Dated: November 13, 2024

Alan L. Braunstein