United States Bankruptcy Court
District of Oregon

In re:     Case No. 24-33149-thp
Sortis Holdings, Inc.     Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0979-3     User: Admin.     Page 1 of 1
Date Rcvd: Nov 15, 2024     Form ID: pdf018     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Sortis Holdings, Inc., 9 SE 3rd Avenue #100, Portland, OR 97214-1247 |
| aty | + | ALAN L BRAUNSTEIN, 100 Cambridge St, 22nd Fl, Boston, MA 02114-2509 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2024     Signature:     /s/Gustava Winters

IT IS ORDERED that the application below is approved.

_____
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

**Sortis Holdings, Inc.**

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No: **24-33149-thp7**

APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE,* AND ORDER THEREON

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **co-counsel to GEC Fellow Barber Fund I LP** _____, moves for admission of the following attorney *pro hac vice:*

**(a) APPLICANT ATTORNEY INFORMATION**

   (1) **Personal Data**:

      (A) Attorney's Name: **Alan L. Braunstein**

      (B) Firm or Business Affiliation: **Riemer & Braunstein LLP**

      (C) Mailing Address: **100 Cambridge Street, 22nd Floor, Boston MA 02114**

      (D) Business Telephone Number: **(617) 880-3516**

      (E) Fax Telephone Number: **(617) 692-3516**

      (F) E-Mail Address: **ABraunstein@riemerlaw.com**

120 (4/27/09) **Page 1 of 2**             *** SEE NEXT PAGE ***

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(A) State Bar Admissions, Standing, Admissions Date and BAR ID Number: Mass. 12/17/85 #546042
N.Y. 7/19/19 #5726898

(B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number: 1st Cir. 1/8/87 #26164
D. Mass. 1985 #26164 -- S.D.N.Y. 9/13/19 #5726898 -- E.D.N.Y 11/8/19 #5726898

(3) **Certification of Disciplinary Proceedings**:

☒ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

☐ I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

(A) Name and Oregon State Bar ID Number: Douglas R. Pahl, Esq. OR 950476

(B) Firm or Business Affiliation: Perkins Coie LLP

(C) Mailing Address: 1120 NW Couch Street, 10th Floor, Portland, OR 97209

(D) Business Telephone Number: (503) 727-2087

(E) Fax Telephone Number: (503) 727-2222

(F) E-Mail Address: DPahl@perkinscoie.com

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

| /s/ Douglas R. Pahl | _(signature)_ |
|---|---|
| Local Counsel | Special Admissions Applicant |
| NAME: Douglas R. Pahl, Esq. | NAME: Alan L. Braunstein, Esq. |
| ADDRESS: 1120 NW Couch Street, 10th Floor Portland, OR 97209 | ADDRESS: Riemer & Braunstein LLP 100 Cambridge Street, 22nd Floor |
| PHONE: (503) 727-2087 | PHONE: Boston, MA 02114 - (617) 880-3516 |