IT IS ORDERED that the application below is approved.

/s/ Teresa H. Pearson
_____
TERESA H. PEARSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

**SORTIS HOLDINGS, INC.**

Debtor(s)

Plaintiff(s)

v.

Defendant(s)

Case No: **24-33149-thp7**

APPLICATION FOR SPECIAL ADMISSION *PRO HAC VICE*, **AND ORDER THEREON**

Adv. Proc. No. (if applicable):_____

The undersigned, attorney for the following named party(s): **Sortis Holdings, Inc.** _____, moves for admission of the following attorney *pro hac vice*:

(a) **APPLICANT ATTORNEY INFORMATION**

  (1) **Personal Data**:

   (A) Attorney's Name: **Geoffrey Groshong**

   (B) Firm or Business Affiliation: **Groshong Law PLLC**

   (C) Mailing Address: **600 Stewart Street, Suite 1300, Seattle, WA 98101**

   (D) Business Telephone Number: **206-538-2261**

   (E) Fax Telephone Number: **253-218-4866**

   (F) E-Mail Address: **geoff@groshonglaw.com**

(2) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

   (A) State Bar Admissions, Standing, Admissions Date and BAR ID Number: Washington State Bar, in good standing; admitted 8/20/1975; bar number 6124
   (B) Federal Bar Admissions, Standing, Admissions Date and BAR ID Number: See attached.

(3) **Certification of Disciplinary Proceedings**:

   [X] I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or Federal bar association or administrative agency.

   [ ] I certify that I am now, or have been subject to disciplinary action from a State or Federal bar association or administrative agency (see attached letter of explanation).

(4) **Certification of Professional Liability Insurance**: I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

(b) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL**: I certify that:

(1) I am a member in good standing of the Bar of this court, and that I will serve as designated local counsel in this particular case.

(2) I have verified the information supplied by the applicant in pt. (a)(2).

(3) **Local Counsel's Personal Data**:

   (A) Name and Oregon State Bar ID Number: Michael B. Gottlieb, OSB #031025
   (B) Firm or Business Affiliation: Michael B. Gottlieb PC
   (C) Mailing Address: P O Box 209, Lake Oswego, OR 97034
   (D) Business Telephone Number: 503-546-0498
   (E) Fax Telephone Number: 503-546-0499
   (F) E-Mail Address: michael@gottlieb-law.com

(4) **Meaningful Participation Requirements**: I certify that I have discussed the participation requirements of LR 83-3 with my associate counsel.

(c) **SIGNATURES OF COUNSEL**

_____
Local Counsel
NAME: Michael B. Gottlieb
ADDRESS: P O Box 209
         Lake Oswego, OR 97034
PHONE: 503-546-0498

_____
Special Admissions Applicant
NAME: Geoffrey Groshong
ADDRESS: 600 Stewart St #1300
         Seattle, WA 98101
PHONE: 206-538-2261

ATTACHMENT TO
APPLICATION FOR SPECIAL ADMISSION PRO HAC VICE AND ORDER THEREON

(a) APPLICANT ATTORNEY INFORMATION (cont.)

(2) Bar Admissions Information (cont.):  United States District Court for the Western District of Washington, in good standing, admitted 10.3.1975, WSB #6124; United States District Court for the Eastern District of Washington, in good standing, admitted 2.13.2002, WSB # 6124.