NOHIH (1/8/20) bls

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

In re
**Sortis Holdings, Inc.**
Debtor(s)

) Case No. **24–33149–thp7**
)
) NOTICE OF
) HEARING
)
)

December 11, 2024

Clerk, U.S. Bankruptcy Court

BY **bls** DEPUTY

**PLEASE TAKE NOTICE** that a Hearing at which testimony will be received if offered and admissible, will be held:

**DATE:** 1/13/25    **TIME:** 09:00 AM

**LOCATION:** US Bankruptcy Court, Courtroom #4, 1050 SW 6th Ave., 7th Floor, Portland, OR 97204

to consider and act upon the following:

ECF No. 1 Involuntary Chapter 7 Petition Sortis Holdings, Inc. Filed by Petitioning Creditor(s) GEC Fellow Barber Fund I LP (attorney Alan Braunstein), Scott Kasen, Gary Furst, George Kassapakis (PAHL, DOUGLAS)

Day 2, if needed, will commence on 1/14/2025 at 9:00 AM.

Clerk, U.S. Bankruptcy Court