| | | |
|---|---|---|
| 01/07/2025 | | Judge Teresa H Pearson |
| 01:30 24-33149-thp7 | Sortis Holdings, Inc. - alleged db | GEOFFREY GROSHONG; MICHAEL GOTTLIEB; TRAVIS MOCK, *pro hac vice* |
| | Petitioning creditors | DOUGLAS PAHL; ALAN BRAUNSTEIN |
| | Malden Avenue Holdings, LLC - cr | TONY KULLEN |
| | Sam Buffa - int pty | ALLISON AROTSKY |

**Matter: Status Hearing**

Additional Appearances: Paul Brenneke, CEO of Sortis Holdings, Inc.; JOSEPH FIELD; Jacob Furst, interested party; Gary Furst, petitioning creditor; Jake Frey, CFO of Sortis Holdings, Inc.

Summary of Proceedings

Parties discussed various discovery issues and the court provided some guidance as noted on the record.

If a party is going to file a motion to have a witness appear remotely, under the terms described by the court, the deadline to file such a motion is Thursday, January 9, 2025.

Order to be prepared by: _____ Clerk's Office    _____ Chambers    Other:

Minute Order: