01/13/2025                                                                                                   Judge  Teresa H Pearson

09:00 24-33149-thp7           Sortis Holdings, Inc. - db                    JOSEPH FIELD (no appearance)
                              Petitioning creditors                         DOUGLAS PAHL
                              Malden Avenue Holdings, LLC -cr               TONY KULLEN

**Matter: Evidentiary Hearing on Involuntary Chapter 7 Petition Sortis Holdings, Inc. Filed by Petitioning Creditor(s) GEC Fellow Barber Fund I LP (attorney Alan Braunstein), Scott Kasen, Gary Furst, George Kassapakis (PAHL, DOUGLAS) Doc# 1**

Summary of Proceedings

Mr. Pahl represented that a settlement had been reached by the alleged debtor and the petitioning creditors. That settlement contains both bankruptcy terms and commercial terms, and the bankruptcy terms are dependent upon the agreement to the commercial terms.  The court ruled that a motion to dismiss with notice needs to go out to all creditors (all persons and entities that have claims, as the term "claim" is broadly defined in the Bankruptcy Code).  The notice and motion must describe all of the material terms of the settlement.  The court will require the alleged debtor to file a list of all creditors pursuant to Fed. R. Bankr. P. 1017(a) so that petitioning creditors may file and serve the notice and motion.

A hearing will be scheduled on the motion to dismiss on February 25, 2025, at 9:00 a.m. in courtroom 4.

Order to be prepared by:          _____  Clerk's Office          _____  Chambers          Other:

Minute Order:

It is HEREBY ORDERED that Sortis Holdings, Inc. must file a list of all its creditors by January 21, 2025.  Petitioning creditors must file and serve both their notice and motion to dismiss on all creditors no later than January 24, 2025.

*Teresa H. Pearson*
Teresa H. Pearson
U.S. Bankruptcy Judge