Geoffrey Groshong
WA Bar No. 6124, Admitted *Pro Hac Vice*
Groshong Law PLLC
600 Stewart Street, Suite 1300
Seattle, Washington 98101
206.508.0585 telephone
geoff@groshonglaw.com

Travis Mock
NY Bar No. 4828026, Admitted *Pro Hac Vice*
Rakower Law PLLC
260 Madison Avenue, 15th Floor
New York, NY 10016
tmock@rakowerlaw.com

Joseph A. Field
OSB No. 940710
Field Jerger, LLC
PO Box 13326
Portland, OR 97213
Tel. 503 515 3310
Email joe@fieldjerger.com

Michael Gottlieb, OSB 031025
PO Box 209
Lake Oswego OR 97034
Tel. 503 546 0498
Email michael@gottlieb-law.com

Attorneys for Sortis Holdings, Inc

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SORTIS HOLDINGS, INC.,<br><br>      Alleged Debtor. | Case No. 24-33149-thp7<br><br>**ALLEGED DEBTOR'S**<br>**VERIFIED NARRATIVE STATEMENT**<br>**AND VERIFIED CREDITOR LIST**<br><br>(Relates to ECF 48) |

Page 1 of 3
Creditor List

Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel: (503) 515 3310
joe@fieldjerger.com

Sortis Holdings, Inc. ("SOHI"), the alleged debtor respectfully presents its verified creditor list (the "Creditor List"). Jake Frey, SOHI's chief financial officer assembled the Creditor List attached as Exhibit A, by reviewing the Bankruptcy Code's definition for "claim" at 11 USC § 105(5), which states:

> The term "claim" means— (A) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (B) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Mr. Frey is a certified public accountant with approximately five years prior experience in public accounting at Ernst & Young and Price Waterhouse Cooper. To assemble the Creditor List, Mr. Frey comprehensively reviewed SOHI's books and records, and the books and records of SOHI's fifty (50) subsidiaries. He did so to identify contingent claims and instances where SOHI may be an actual or purported co-debtor for its subsidiaries. This may have arisen through an outright guarantee, co-debt, or even errant instances where a subsidiary's employee added the subsidiary's parent SOHI's name to a vendor's credit application, without consent from, or reporting to SOHI.

Mr. Frey spent approximately 30 hours assembling the Creditor List. From his review, he estimates that SOHI's settlement with the petitioning creditors will resolve approximately 50% of SOHI's creditors' claims, as the term "claim" is defined in the Bankruptcy Code, and that it will resolve a significantly higher percentage of SOHI's creditors' claims, based on pending negotiations and with most of SOHI's major creditors.

The Creditor List contains two sections. The Creditor List's first section contains the universe of claims against either Sortis, or Sortis jointly with one or more of its subsidiaries, as of January 20, 2025. The Creditor List's second section contains the universe of claims against

Page 2 of 3
Creditor List

Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel: (503) 515 3310
joe@fieldjerger.com

either Sortis, or Sortis jointly with one or more of its subsidiaries, as of the November 12, 2024 involuntary petition date, listing creditors' claims that have been resolved between November 12, 2024 and January 20, 2025.

    On behalf of SOHI, Mr. Frey believes that the Creditor List is true and accurate. In the event that Mr. Frey discovers any corrections or additions to the Creditor List, he has agreed to promptly inform counsel to request an addendum to the Creditor List.

Dated: January 21, 2025

    /s/ Joseph A. Field  
    Joseph A. Field, WSB # 24705  
    Field Jerger LLC  
    PO Box 13326  
    Portland, OR 97213  
    Tel. (503) 515 3310  
    Email: joe@fieldjerger.com  
    of Attorneys for the Alleged Debtor

## DECLARATION

I, Jake Frey, am a certified public accountant and the chief financial officer of Sortis Holdings, Inc. I have personal knowledge of the facts stated herein and am competent to testify regarding these facts. I make this declaration in lieu of an affidavit to verify that the statements in the above Narrative Statement, and the accompanying Creditor List affixed at Exhibit A, are true and accurate to the best of my knowledge. I make this declaration in conformance with applicable sections of the Bankruptcy Code and Bankruptcy Rules. I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 21, 2025 in Portland, Oregon.

    /s/ Jake Frey  
    Jake Frey

Page 3 of 3  
Creditor List

Field Jerger LLC  
PO Box 13326  
Portland, OR 97213  
Tel: (503) 515 3310  
joe@fieldjerger.com

# Exhibit A

| Creditor | Address | City |
|---|---|---|
| Aldrich CPAs and Advisors LLP | 680 Hawthorne Ave SE STE 140 | Salem, OR 97301 |
| Allied Cloud Solutions | PO BOX 1585 | Higley, AZ 85236 |
| Andrew J. Blanksby and Catherine L. Blanksby Revocable Trust | 3538 W 2nd Street | Washougal, WA 98671 |
| Andrew Rice | 25030 SW Parkway Avenue | Wilsonville, OR  97070 |
| Bain Capital Double Impact Fund, L.P. | 200 Clarendon Street | Boston, MA 02116 |
| BCIP Double Impact Associates, L.P. | 200 Clarendon Street | Boston, MA 02116 |
| Ben Iadomi | 7711 Seward Park Ave S | Seattle, WA 98118 |
| BlankRome | 1271 Avenue of the Americas | New York, NY 10020 |
| BridgeTech LLC | 14925 SW Barrows RD, Ste 109 PMB 147 | Beaverton, OR 97007 |
| Bruce Bodine | 9020 Lake Steilacoom Point Rd. | Lakewood, WA 98498 |
| Cazimark Group LLC | 242 SE 2nd Avenue | Portland, OR 97214 |
| City of Portland (Revenue Division) | 111 SW Columbia Suite 600 | Portland OR 97202 |
| Conner Group Global Services LLC | Dept 3748 PO BOX 123748 | Dallas, TX 75312-3748 |
| Darius Boockholdt | 3033 W Retreat Ln | Eagle, ID 83616 |
| David Lipton | 17689 Cardinal Drive | Lake Oswego, OR 97034 |
| David Zbarsky | 15 Artisan Drive #321 | Salem, NH 03079 |
| Delaware Department of State | PO Box 898 | Dover, DE 19903 |
| Delilah Rose Alani | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Eat the Seasons LLC | 31125 E Woodward Rd | Troutdale, OR 97060 |
| Employment Development Dept - State of CA | PO BOX 989061 | Sacramento, CA 95798 |
| Employment Security Department of WA | PO BOX 84242 | Seattle, WA 98507 |
| Eric Rosenfeld | 760 SW 9th Ave. #2250 | Portland, OR 97205 |
| Faegre Drinker Biddle & Reath | 222 Delaware Ave. STE 1410 | Wilmington, DE 19801 |
| Fast Four | 228 East 45th Street. Suite. 9E | New York, NY 10017 |
| Field Jerger LLP | PO BOX 13326 | Portland, OR 97213 |
| First Citizens Bank | 15700 Boones Ferry Rd. | Lake Oswego, OR 97035 |
| Flex Delivery Services | PO Box 4461 | Portland, OR 97208 |
| Floqast Inc. | 14721 Califa St. | Oaks, CA 91411 |
| Frank Giancarli | 145 Old Hwy | Wilton, CT 06897 |
| Gary & Ethel Furst | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Gary Furst | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Gateway Group, Inc | 4685 MacArthur Court, Ste 400 | Newport Beach, CA 92660 |
| GEC Fellow Barber Fund I, LP | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| George Kassapakis | 11 SW Main St. #154 | Portland OR 97204 |
| Glen Ross Holdings | 3970 Clover Ln | Dallas, TX 75220 |
| Gordon Rees Scully Manuskhani,LLP (GRSM) | 1111 Broadway Suite 1700 | Oakland, CA 94607 |
| Gregory J. Vislocky | 7700 NE Parkway Dr. #300 Prestige Care Inc | Vancouver, WA 98662 |
| Grosshong Law PLLC | 600 Stewart Street, Ste. 1300 | Seattle, WA 98101 |
| Soni Dave-Schock | 7711 Seward Park Ave S | Seattle, WA 98118 |
| Henri Schock | 7711 Seward Park Ave S | Seattle, WA 98118 |
| ID123 Inc. | 397 Moody St. STE 202 | Waltham, MA 02453 |

| | | |
|---|---|---|
| InCorp Services Inc | 9107 West Russell Road Suite 100 | Las Vegas, NV 89148 |
| Internal Revenue Service | Department of the Treasury | Ogden, UT 84201-0045 |
| Jacob S. Furst | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Jerome Driscoll | 3326 NE Pacific Street | Portland, OR 97232 |
| Kelley Connect | 12010 SW Garden Place | Portland, Oregon 97223 |
| Kevin Sowers | 1201 E Sunrise Unit 507 | Fort Lauderdale, FL 33304 |
| KMH (Kishner, Miller, Himes P.C.) | 40 Fulton St. 12th Floor | New York, NY 10038 |
| Landerholm, P.S. | 805 Broadway St., Ste. 100 | Vancouver, WA 98660 |
| Leaf | PO Box 5066 | Hartford, CT 06102-5066 |
| Livia Anna Alani | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Luis Loboguerrero | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Malden Ave Holdings, LLC | 6415 32nd Ave NW | Seattle, WA 98107 |
| Marcum LLP | 777 South Figueroa St 29th Floor | Los Angeles, CA 90017 |
| Michael B Gottlieb, PC | PO Box 209 | Lake Oswego, OR 97034 |
| Michael Moskowitz | 3029 Country Lane | Wilmette, IL 60091 |
| Miramonte Family LLC | 251 Bartlett Ave. #A | San Francisco, CA 94110 |
| Moss Adams LLP | PO Box 101822 | Pasadena, CA 91189-1822 |
| Netgain Solutions, Inc. | 9189 S. Jamaica St. STE 400 | Englewood, CO 80112 |
| Noa Claire Alani | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Oregon Department of Revenue | PO Box 14950 | Salem, OR 97309-0950 |
| PHS Separate Property Trust (Peter Shore) | 2524 NE 40th Avenue | Portland, OR 97212 |
| ProStructure Consulting | 818 SW 3rd Ave STE 287 | Portland, OR 97204 |
| RKS Group | 14210 SW 150th Ave | Tigard, OR 97224 |
| Ron Sandler | 4022 Harwood C | Deerfield Beach, FL 33442 |
| Roy Jordan and Yu-Song Yen Family Trust dated 12/10/2018 | 5348 Calle Vista | San Diego, CA 92109 |
| Royal Business Systems, Inc. | 2717 N Hogan | Spokane, WA 99207 |
| Ryan C Snyder | PO BOX 219 | Cannon Beach, OR 97110 |
| Saltiel Family Trust | 1535 Sacramento St | Berkeley, CA 94702 |
| Scott Karsen | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Secure Pacific Corporation | 8220 N Interstate Ave | Portland, OR 97217 |
| Sortis Capital, LLC | 242 SE 3rd Ave Suite 200 | Portland, OR 97214 |
| Steve Elliott | 1098 Cherry Circle | Lake Oswego, OR 97034 |
| Stoel Rives, LLP | 760 SW Ninth Ave Ste 3000 | Portland, OR 97205 |
| Strata Trust FBO Robert Bernard IRA | 2543 Audubon Lane SE | Owens Cross Roads, AL 35763 |
| Sydney Furst | 100 Cambridge Street 22nd Floor | Boston, MA 02114 |
| Templeton Office Investments, LLC | PO Box 5156 | Portland, OR 97208 |
| Toby Perry & Christina Chen | 940 Glendome Circle | Oakland, California 94602 |
| TopBloc LLC | 600 W. Chicago Ave STE 275 | Chicago, IL 60654 |
| Tre Montingue | 3860 Construction Drive | Dallas, TX 75229 |
| USI Insurance Services NW | PO Box 62949 | Virginia Beach, VA 23466 |
| Vadim Rubinchik | 33 Woodside Ave | Westport, CT 06880 |
| Versapay | 548 Market Street #43812 | San Fransisco, CA 94014 |

| | | |
|---|---|---|
| Washington State Department of Labor and Industries | PO BOX 24106 | Seattle, WA 98124 |
| West Coast Legal Services LLC | 1604 NW Riverside St. | Portland, OR 97209 |
| William & Edward Inc. | 60995 Stoney Point Rd. | Vernonia, OR 97064 |
| Workday, Inc. | 6110 Stoneridge Mall Road | Pleasanton, CA 94588 |

**Creditor List Part 2: Claims Resolved Between 11/12/24 and 1/20/25**

| Creditor | Address | City |
|---|---|---|
| Bartel Contracting Inc | PO Box 160 | Gladstone, OR 97027 |
| Digital Media Innovations dba Notified | 11650 Miracle Hills Dr. | Omaha, NE 68154 |
| Evolve Interiorscapes | 1830 NW 19th Ave | Portland, OR 97209 |
| Form-Craft Business Systems | 4952 Naples St. | San Diego, CA 92110 |
| H&H Supply LLC | 250 Church St. SE ste 200 | Salem, OR 97301 |
| Health Equity | 15 W Scenic Pointe Dr. | Draper UT 84020 |
| Montana Department of Revenue | PO Box 8021 | Helena, MT 59604-8021 |
| Multnomah County Data & Website Billing | 501 SE Hawthrone Blvd, #175 | Portland, OR 97214 |
| Oracle America - Financing | 2300 Oracle Way | Austin, TX 78741 |
| Oregon Employment Department | 875 Union St. NE | Salem OR 97311 |
| Principal Life Insurance Company | PO Box 10333 | Des Moines IA 50306-0333 |
| Regence | PO Box 1106 | Lewiston, ID 8350+C+A91:C105 |

Geoffrey Groshong
WA Bar No. 6124, Admitted *Pro Hac Vice*
Groshong Law PLLC
600 Stewart Street, Suite 1300
Seattle, Washington  98101
206.508.0585 telephone
geoff@groshonglaw.com

Travis Mock
NY Bar No. 4828026, Admitted *Pro Hac Vice*
Rakower Law PLLC
260 Madison Avenue, 15th Floor
New York, NY 10016
tmock@rakowerlaw.com

Joseph A. Field
OSB No. 940710
Field Jerger, LLC
PO Box 13326
Portland, OR 97213
Tel. 503 515 3310
Email joe@fieldjerger.com

Michael Gottlieb, OSB 031025
PO Box 209
Lake Oswego OR  97034
Tel. 503 546 0498
Email michael@gottlieb-law.com

Attorneys for Sortis Holdings, Inc

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No. 24-33149-thp7 |
|---|---|
| SORTIS HOLDINGS, INC., | **CERTIFICATE OF SERVICE** |
| Alleged Debtor. | |

Page 1 of 2
Certificate of Service

Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel: (503) 515 3310
joe@fieldjerger.com

| | |
|---|---|
| 1 | By signing below, I certify that I served the foregoing Sortis Holdings, Inc. Creditor List |
| 2 | and Narrative Statement, on all parties of record registered for notice with the Court's CM/ECF |
| 3 | filing system, and I served a copy on counsel for the petitioning creditors via email as set out |
| 4 | below |

        Douglas Pahl
        Perkins Coie LLP
        1120 NW Couch 10th Fl
        Portland OR  97209
        Tel. 503 727 2087
        Email: dpahl@perkinscoie.com

Dated: January 21, 2025

        /s/ Joseph A. Field
        Joseph A. Field, WSB # 24705
        Field Jerger LLC
        PO Box 13326
        Portland, OR 97213
        Tel. (503) 515 3310
        Email: joe@fieldjerger.com
        of Attorneys for the Alleged Debtor

Page 2 of 2
Certificate of Service

Field Jerger LLC
PO Box 13326
Portland, OR 97213
Tel: (503) 515 3310
joe@fieldjerger.com