Douglas R. Pahl, OSB No. 950476
Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Email: dpahl@perkinscoie.com

Alan L. Braunstein, Esq. (admitted *pro hac vice*)
RIEMER & BRAUNSTEIN LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel: (617) 880-3516
Email: abraunstein@riemerlaw.com

*Attorneys for Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SORTIS HOLDINGS, INC.,<br><br>Alleged Debtor. | Bankruptcy Case No. 24-33149-thp7<br><br>**MOTION TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR FEBRUARY 5, 2025 AT 1:30 PM** |

The law firm of Riemer & Braunstein LLP (the "**Firm**"), as Pro Hac Vice counsel to GEC Fellow Barber Fund LLP and co-counsel to petitioning creditors hereby respectfully requests that this Court, allow Alan L. Braunstein ("**Attorney Braunstein**"), an attorney of the Firm, to appear by telephone (in listen-only mode) at the February 5, 2025 hearing pursuant to the Court's Notice of Hearing regarding *Status Conference (ECF 64)*.

The Firm and Attorney Braunstein also respectfully request that petitioning creditors, Gary Furst and Jake Furst with GEC Fellow Barber Fund I LP also be allowed to appear by telephone (in listen-only mode) at the February 5, 2025 hearing.

PAGE 1- MOTION TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR FEBRUARY 5, 2025 AT 1:30 PM

As good cause for this motion, Attorney Braunstein represents that it is for cost consideration as he and the referenced petitioning creditors are out of state.  Counsel Douglas R. Pahl will be present in the courtroom at the hearing.

The Firm does not believe that any party in interest would be prejudiced by the relief sought in this motion.

WHEREFORE, the Firm respectfully requests that this Court enter an order (a) granting this motion allowing Attorney Braunstein, Gary Furst and Jake Furst to appear telephonically at the February 5, 2025 hearing, and (b) granting such other and further relief as this Court deems just and proper.

Respectfully Submitted,

**PERKINS COLE LLP**

DATED: February 3, 2025        By:    */s/ Douglas R. Pahl*
Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000

Alan L. Braunstein (admitted *pro hac vice*)
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel:(617) 880-3516
abraunstein@riemerlaw.com

*Attorneys for Petitioning Creditors*

4242211.2

PAGE 2- MOTION TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR FEBRUARY 5, 2025 AT 1:30 PM

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone:  +1.503.727.2000
Fax:  +1.503.727.2222

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on February 3, 2025, I caused to be electronically filed the foregoing MOTION TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR FEBRUARY 5, 2025 AT 1:30 PM with the Clerk of the Court using the CM/ECF system, which will send a notification of the filing to the email addresses indicated on the Court's Electronic Mail Notice List.

Dated: February 3, 2025

*/s/ Douglas R. Pahl*
Douglas R. Pahl

PAGE 3- MOTION TO APPEAR TELEPHONICALLY AT HEARING SCHEDULED FOR FEBRUARY 5, 2025 AT 1:30 PM

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222