Douglas R. Pahl, OSB No. 950476
DPahl@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Tel: (503) 727-2000
Email: DPahl@perkinscoie.com

Alan L. Braunstein, Esq.
*Admitted pro hac vice*
RIEMER & BRAUNSTEIN LLP
100 Cambridge Street, 22nd Floor
Boston, Massachusetts 02114
Tel: (617) 880-3516
Email: abraunstein@riemerlaw.com

*Attorneys for Petitioning Creditors*

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br>SORTIS HOLDINGS, INC.,<br><br>            Alleged Debtor.<br>. | Bankruptcy Case No. 24-33149-thp7<br><br>**PETITIONING CREDITORS' FINAL UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE AND SERVE NOTICE AND MOTION TO DISMISS ON ALL CREDITORS UNDER BANKR. RULE 9006(b)(1)** |

**LOCAL RULE CONFERRAL STATEMENT**

Pursuant to Local Rule 7.1, counsel for Petitioners certifies that he and counsel for the alleged debtor conferred regarding the subject matter of this motion and made a good faith effort to resolve the issues raised herein. The alleged debtor consents to the relief requested.

**MOTION**

Petitioning creditors GEC Fellow Barber Fund I, LP, Scott Kasen, Gary Furst, and George Kassapakis (the "Petitioners"), respectfully file this Final Unopposed Motion for Extension of

PAGE 1-    PETITIONING CREDITORS' FINAL MOTION FOR EXTENSION OF DEADLINE TO FILE AND SERVE NOTICE AND MOTION TO DISMISS ON ALL CREDITORS

**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222

170794180.1

Deadline to File and Serve Notice and Motion to Dismiss on All Creditors Under Bankr. Rule 9006(b)(1) (the "Motion"). Petitioners state as follows:

### DISCUSSION

Petitioners seek a final one-day extension of the deadline to file and serve their notice and motion to dismiss which the Court extended to February 10, 2025 (ECF 73). Petitioners request an additional extension until 5:00 p.m. Pacific Time on Tuesday, February 11, 2025 to permit Petitioners and Sortis Holdings to work through final issues arising from the instructions issued by the Court during the February 5, 2025 status conference. Filing and service of the notice and motion by the extended deadline will still permit all creditors appearing on the Creditor List attached as Exhibit A to the First Amended Verified Narrative Statement and Verified Creditor List from Sortis Holdings, Inc. (ECF 55) to receive the full 21 days' notice, plus three days for mailing, in advance of the March 10, 2025 hearing. Sortis Holdings, Inc. supports this request.

Respectfully submitted.

DATED: February 10, 2025.

**PERKINS COIE LLP**

By: */s/ Douglas R. Pahl*
    Douglas R. Pahl, OSB No. 950476
    DPahl@perkinscoie.com
    1120 N.W. Couch Street, Tenth Floor
    Portland, Oregon 97209-4128
    Telephone: +1.503.727.2000

    Alan L. Braunstein, Esq.
    *Admitted pro hac vice*
    RIEMER & BRAUNSTEIN LLP
    100 Cambridge Street, 22nd Floor
    Boston, Massachusetts 02114
    Tel: (617) 880-3516
    Email: abraunstein@riemerlaw.com

*Attorneys for Petitioning Creditors*

PAGE 2 -  PETITIONING CREDITORS' FINAL MOTION FOR EXTENSION OF DEADLINE TO FILE AND SERVE NOTICE AND MOTION TO DISMISS ON ALL CREDITORS

170794180.1

PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Phone: +1.503.727.2000
Fax: +1.503.727.2222